# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| BRIAN KITTS, § | |
| *Plaintiff*, § | |
| § | |
| vs. § | Civil Action No. 4:24-CV-00659 |
| § | Judge Mazzant |
| TCB TEXAS HOLDINGS LLC and § | |
| ANDREA HUNDLEY § | |
| *Defendants*. § | |
| § | |

## MEMORANDUM OPINION AND ORDER

A corporation cannot appear in federal court unless represented by a licensed attorney. *Memon v. Allied Domecq QSR*, 385 F.3d 871, 873 (5th Cir. 2004) (citing *Rowland v. California Men's Colony, United II Men's Advisory Council*, 506 U.S. 194, 202 (1993)). Corporate entity Plaintiff—TCB Texas Holdings LLC—must retain counsel in order to defend claims in this Court.

It is therefore **ORDERED** that Defendant TCB Texas Holdings LLC shall have thirty (30) days to obtain counsel and for counsel to make an appearance in this case.

**IT IS SO ORDERED.**
**SIGNED** this 2nd day of October, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE